J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone:     (858) 404-9205
Facsimile:     (858) 225-3500

MATTHEW G. MCANDREWS (*Pro Hac Vice*)
FREDERICK C. LANEY (*Pro Hac Vice*)
NICHOLAS M. DUDZIAK (*Pro Hac Vice*)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL  60602-4515
Telephone:     (213) 236-0733
Facsimile:     (213) 236-3137

Attorneys for Plaintiff DR SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVREO, INC.; CANDELIS, INC.; CERNER CORPORATION; CONNECT IMAGING, INC.; COMPUTER PROGRAMS AND SYSTEMS, INC.; INTELERAD MEDICAL SYSTEMS INC.; RAMSOFT USA, INC.; SECTRA NORTH AMERICA, INC.; VIRTUAL RADIOLOGIC CORPORATION; VISAGE IMAGING GMBH, <br><br> Defendants. | No. 09CV565 JAH (AJB) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

PLEASE TAKE NOTICE:

Plaintiff DR SYSTEMS, INC. hereby dismisses this action ***without prejudice*** as to

Defendants Avreo, Inc.; Candelis, Inc.; Cerner Corporation; Connect Imaging, Inc.; Computer

1                                                                                           Case No. 09CV565 JAH (AJB)

1 | Programs and Systems, Inc.; Ramsoft USA, Inc.; Sectra North America, Inc.; and Visage Imaging
2 | GMBH pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:      July 17, 2009                           JACZKO GODDARD LLP

                                         By:    /s/ Allison H. Goddard
                                                Allison H. Goddard
                                                Attorneys for Plaintiff DR SYSTEMS, INC.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of July, 2009, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

/s/  Allison H. Goddard